

FILED

07/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0288



### IN THE SUPREME COURT OF THE STATE OF MONTANA
### THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0288

**FILED**

JUL 24 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BRIAN D. SMITH,

    Plaintiff and Appellant,

  v.

**GRANT OF EXTENSION**

KATIE GREEN,

    Defendant and Appellee.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until August 28, 2020, to prepare, file, and serve the opening brief.

DATED this July 24, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Brian D. Smith, Rutherford B. Hayes